Case 1:18-cv-20009-JEM Document 1 Entered on FLSD Docket 01/02/2018 Page 1 of 8

FILED BY DR
Jan 2, 2018
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Fort Lauderdale

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Robert A. Nobile
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

United States of AMERICA et Al
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

18-CV-20009-MARTINEZ-OTAZO-REYES
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Robert A. Nobile
Street Address: 1943 NE 6th Court (Unit N-104)
City and County: Ft. Lauderdale,
State and Zip Code: Florida 33304
Telephone Number: 1-954-328-3395
E-mail Address: RANFLYYY@Gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Robert A. Nobile
   Street Address: 1943 NE 6th Court
   City and County: Ft. Lauderdale,
   State and Zip Code: Florida 33304
   Telephone Number: 954-328-3395
   E-mail Address: RAN

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name: Frank De Pasquale
   Job or Title (if known): (owner) of 245 Hanover St
   Street Address: 243-249 Hanover St
   City and County: Boston,
   State and Zip Code: Massachusetts, 02113
   Telephone Number: —
   E-mail Address (if known): —

   Defendant No. 2

   Name: Francis J. DiMento & Bradly Pinta
   Job or Title (if known): Pres. DiMento & Sullivan
   Street Address: 7 Fanuel Hall, Maret Place
   City and County: Boston, Mass 02109-6113

2

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
Name: JAmes J. Bulger
Job or Title (if known): Convicted of Numerous Murders
Street Address: UNKNOWN only believed to
City and County: Be in Federal Custody in Florida
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 2**
Name: John Connolly
Job or Title (if known): Ex-FBI Agent - Co-Conspiritor
Street Address:
City and County: Dade County
State and Zip Code: Florida (Penal Sytem)
Telephone Number:
E-mail Address (if known):

**Defendant No. 3**
Name: JAMES Biglane $ (et al) (RICO Act)
Job or Title (if known): President of Mississippi Bank
Street Address: & Representative of Estate of D.A. Biglane
City and County: Natchez, Adams
State and Zip Code: Mississippi, 39120
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**
Name: Forrest Germany $ et al (RICO Act)
Job or Title (if known): Energy Drilling Company
Street Address: 413 Liberty Road,
City and County: Natchez, Adams 39120
State and Zip Code: MISS
Telephone Number: with the Bank of Dallas
E-mail Address (if known): AS A Co-Conspiritor - to RICO.

State and Zip Code _Ropes & Gray_
_Steven Hoort (Retired)_
_800 Boylston, St, Boston_
_Mass. 02199-3600_

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. ~~2~~ Ran 5.

Name _Estate of Vincent P. Nobile et al_

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _New Hampshire,_

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. ~~4~~ Ran 6.

Name _P.R. Nobile & Katherine Nobile_

Job or Title _Owned Property & Asked Renovations_
(if known)

Street Address _____

City and County _Newton,_

State and Zip Code _Massachusetts_

Telephone Number _____

E-mail Address _____
(if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
  Name: City of Boston Charles Sumner 1984-7
  Job or Title (if known): Chief Building Department
  Street Address:
  City and County: Suffolk County
  State and Zip Code: Massachusetts
  Telephone Number:
  E-mail Address (if known):

**Defendant No. 2**
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

**Defendant No. 3**
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

**Defendant No. 4**
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question     [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Wrongful Death of My Business Partner Roger Wheeler in Oklahoma. Also Contributing to the Death of My Wife in Mississippi. Federal Tort Claim Act (FTCA) 28 USC §§ 2671, et seq., Involvement of 18 to 20 Federal Agents of the FBI of Narcotics & other Cover Ups & Lying 403 U.S. 388 (1971) Against Bulger, Flemmi & Weeks & Numerous other

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Robert A Nobile, is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* —, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* United States of America (et al), is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy $1,000,000,000. plus Seperate in 2 Counts

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Covering up the Tort (the 28 USC § 2671, et seq.)

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

① For Profit Caused The Wrongful Death of My Wife, Charlotte Ann Nobile
② As An Investor And Owner of a Number of Properties
③ Including Land Raw, Developed, Oil Lease Rights of 60 to 100,000 Acres of Oil Land And Interest in about 90
④ Oil Wells. The FBI Agents And others Conspired to Steal Some of My Property in Boston & Causing the
⑤ Loss of Much other Property. Banks in 4 Different States In Unison & Seperately Conspired to Lie for Profit.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Restitution of Business As Possible
Seek Monetary Damage From the Parties Involved.
Possibly A Return of Real Property As Possible.
Oil Wells & A Repurchase of Sold Interests
In Texas, Louisiana, Mississippi, Massachusetts
And Various States of Oil Properties

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/02/18

Signature of Plaintiff: Robert A Nobile

Printed Name of Plaintiff: Robert A Nobile

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____